**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM PICH,

        Plaintiff,

   v.

MICHAEL ASTRUE, Commissioner of Social
Security,

        Defendant.

_____/

No. C 12-05626 JSW

**ORDER OF REFERRAL**

      Pursuant to Northern District Civil Local Rule 72-1 and the parties' consent, the Court

HEREBY REFERS this matter to a randomly assigned Magistrate Judge for all purposes.

      **IT IS SO ORDERED.**

Dated: January 30, 2013

                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

cc:    Magistrate Referral Clerk