IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM PICH,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>    Defendant._____/ | No. C 12-05626 JSW<br><br>**ORDER OF REFERRAL** |

Pursuant to Northern District Civil Local Rule 72-1 and the parties' consent, the Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: January 30, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Referral Clerk